#11

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**FILED**

MINUTES OF PROCEEDINGS

APR 1 5 2002

Newark

AT 8:30 _____M

Date: 04/15/0 WILLIAM T. WALSH
CLERK

**JUDGE ALFRED M. WOLIN**

Ret. Date:

Deputy Clerk: Gail A. Hansen

Motion Filed:

Court Reporter: Jacqueline Kashmer

Other:

Docket #:Cr. 00-353-01

TITLE OF CASE:
United States
v. Cha-Kuek Koo a/k/a Charles Koo

Appearances:

SAUSA Geroge Canellos & Andrew Ceresney
Frank Wright, Esq., for deft.

NATURE OF PROCEEDINGS: SENTENCING

Hrg on gov't's 5K1.1 application. Application granted
Probation: 1 year
Special Condition:
1. Cooperate with INS
Fine: $5,000
Special Assessment: $25

(Ordered passport to be returned; order to be submitted)

Time Commenced:12:00 p.m.
Time Adjourned:12:15 p.m.

GAIL A. HANSEN,
DEPUTY CLERK