FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

----------------------------------------X
UNITED STATES OF AMERICA,

         -against-

CHA-KUEK KOO,
(a.k.a. Charles Koo),
        Defendant
----------------------------------------X

Criminal No. 00 –353 (AMW)

USDCJ:  Hon. Alfred M. Wolin

**ORDER RELEASING PASSPORT**

    WHEREAS the defendant Cha-Kuek (Charles) Koo was sentenced by this Court on April 15, 2002 to, inter alia, a probationary period of one year,

    WHEREAS at the sentence hearing on April 15, 2002 Mr. Koo made an application to the Court for an order releasing his passport, which is presently in the custody of Pretrial Services, in order that Mr. Koo may be able to travel overseas in connection with his business,

    WHEREAS, the United States Department of Justice did not object at the sentencing hearing to Mr. Koo's application for his passport,

    UPON this application of defendant Cha-Kuek (Charles) Koo for release of his passport, which is presently in the custody of Pretrial Services

    ORDERED that Pretrial Services shall deliver to Mr. Koo his passport upon the condition that during his probationary period Mr. Koo's travel outside of the United States shall be subject to all restrictions and rules imposed on Mr. Koo by the United States Probation Department.

Dated: April 22, 2002

FRANK H. WRIGHT & ASSOCIATES, P.C.

By: _____
Frank H. Wright, Esq. (FW 3631)
Attorneys for Charles Koo
641 Lexington Avenue
New York, NY 10022
(212) 832-3611

SO ORDERED
_____
U.S.D.J.

2002 APR 23 A 8: 12

To:

Andrew Ceresney, Assistant U.S. Attorney
Southern District of New York
One St. Andrews's Plaza
New York, NY 10007