FILED
JUN 1 4 2002
AT 8:30
WILLIAM T. WALSH
CLERK

RECEIVED
JUN 1 4 2002
AT 8:30
WILLIAM T. WALSH
CLERK

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY 07102
(973)645-2920 SJS/7042

2002Z00404:002

June 6, 2002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | HON. Alfred M. Wolin |
| *PLAINTIFF,* | : | *CRIMINAL NO. 00-353* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| CHAE-KUEK KOO, | : | |
| *DEFENDANT.* | : | |

The Judgement in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Chae-Kuek Koo .

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By:  *Susan Steele*
SUSAN J. STEELE
ASSISTANT U.S. ATTORNEY
Attorney-in-Charge
Financial Litigation Unit

Sworn and subscribed to
before me on this date
Today June 6, 2002

*Robin B. Brown*
ROBIN B. BROWN
Notary Public of New Jersey
My commission expires 05/14/2003.